In the Matter of HARRY W. HEHL, Appellant, v. FRANK A. GROSS, as Sheriff of Suffolk County, et al., Respondents.—

Christ, P. J., Hopkins and Benjamin, JJ., concur; Rabin and Munder, JJ., dissent and vote to affirm the judgment.